Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
afurness@ntrial.com
jraggio@ntrial.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>**This Document Relates to:**<br><br>**JANE DOE NLG (443514),** an Individual,<br>*Plaintiff,*<br>vs.<br><br>**UBER TECHNOLOGIES, INC., a Delaware** Corporation;<br>**RASIER, LLC**, a Delaware Limited Liability Company,<br>**RASIER-CA, LLC,** a Delaware Limited Liability Company, and Does 1 through 50, Inclusive, et al.<br>*Defendants*. | **MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br>**JURY TRIAL DEMANDED**<br><br>**Case No.: 3:26-cv-13207** |

## SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff named below files this *Short-Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Master Long-Form Complaint* in *In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,* MDL No. 3084 in the United States District Court for the Northern District of California. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order No. 11 of this Court.

Plaintiff selects and indicates by checking-off where requested, the Parties and Causes of Actions specific to this case.

Plaintiff, by and through their undersigned counsel, allege as follows:

## I. DESIGNATED FORUM[1]

1. Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing: (**Alabama Northern District Court).**

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF

1. *Injured Plaintiff:* Name of the individual who alleges they were sexually assaulted, battered, harassed, or otherwise attacked by an Uber driver with whom they were paired while using the Uber platform: JANE DOE NLG (443514) ("Plaintiff").

2. At the time of the filing of this Short-Form Complaint, Plaintiff resides at: (Jefferson County, Alabama).

3. (If applicable) **N/A** [INSERT NAME OF REPRESENTATIVE] is filing this case in a representative capacity as the [INSERT DESCRIPTOR I.E. ADMINISTRATOR ETC.] of the [INSERT DESCRIPTOR I.E. ESTATE OF NAME, ETC.], and has authority to act in this representative capacity because [INSERT BASIS FOR AUTHORITY].

### B. DEFENDANT(S)

1. Plaintiff names the following Defendants in this action.

[X] UBER TECHNOLOGIES, INC.;[2]

[X] RASIER, LLC;[3]

---

[1] *See* Pretrial Order No. 6, at II(C) (ECF No. 177).

[2] Delaware corporation with a principal place of business in California.

☒ RASIER-CA, LLC.[4]

☐ OTHER (specify): **N/A** .

This defendant's residence is in (specify state): **N/A .**

**C. RIDE INFORMATION**

**4.** 1. The Plaintiff was sexually assaulted, harassed, battered, or otherwise attacked by an Uber driver in connection with a ride facilitated on the Uber platform in (Miami-Dade County, Florida)**, approximately (November 6, 2024).**

2. The Plaintiff (was) the account holder of the Uber account used to request the relevant ride.

3. The Plaintiff provides the following additional information about the ride:

☒ The Plaintiff hereby incorporates Plaintiff's disclosure of ride information produced pursuant to Pretrial Order No. 5 ¶ 4**,** or to be produced in compliance with deadlines set forth in Pretrial Order No. 5 ¶ 4, and any amendments or supplements thereto.

☐ The origin of the relevant ride was [].

☐ The requested destination of the relevant ride was []. The driver was named [].

## III. CAUSE OF ACTION ASSERTED

1. The Cause of Action asserted in the *Plaintiffs' Master Long-Form Complaint,* and the allegations with regard thereto in the *Plaintiffs' Master Long-Form Complaint,* are

[3] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.
[4] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

adopted in this *Short-Form Complaint* referenced, except that Plaintiff opts out of and excludes the causes of action specified below:

| Check any EXCLUDED causes of action | Cause of Action Number | Cause of Action |
|---|---|---|
| | **I** | NEGLIGENCE (including Negligent Hiring, Retention, Supervision and Entrustment) |
| | **II** | FRAUD AND MISREPRESENTATION |
| | **III** | NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |
| | **IV** | COMMON CARRIER'S NON-DELEGABLE DUTY TO PROVIDE SAFE TRANSPORTATION[5] |
| | **V** | OTHER NON-DELEGABLE DUTIES TO PROVIDE SAFE TRANSPORTATION[6] |
| | **VI** | VICARIOUS LIABILITY FOR DRIVERS' TORTS-EMPLOYEE |
| | **VII** | VICARIOUS LIABILITY FOR DRIVERS' TORTS-APPARENT AGENCY |
| | **VIII** | VICARIOUS LIABILITY FOR DRIVERS' TORTS-RATIFICATION |
| | **IX** | VICARIOUS LIABILITY FOR DRIVERS' TORTS-Cal. Public Utilities Code § 535 |
| | **X** | STRICT PRODUCTS LIABILITY- DESIGN DEFECT |
| | **XI** | STRICT PRODUCTS LIABILITY- FAILURE TO WARN |
| | **XII** | STRICT PRODUCTS LIABILITY- PRODUCT LIABILITY ACTS |
| | **XIII** | UNFAIR COMPETITION LAW- Cal. Bus. & Prof. Code § 17200 et seq. |

## VI. <u>ADDITIONAL CAUSE OF ACTION AND/OR ALLEGATIONS</u>

**NOTE**

If Plaintiff wants to allege additional Cause(s) of Action other those selected in paragraph __, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying

[5] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint*, under the laws of every state <u>**except**</u>**: Arizona, Colorado, District of Columbia, Illinois** (for incidents prior to August 11, 2023), **Michigan, Montana** (for incidents prior to April 23, 2023), **New York, Pennsylvania, Wisconsin,** and **Wyoming.**

[6] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint*, under the laws of every state <u>**except**</u>**: District of Columbia, Michigan, New York Pennsylvania.**

with the requirements of the Federal Rules of Civil Procedure (*see* paragraph __). In doing so you may attach additional pages to this *Short-Form Complaint*.

1. Plaintiff asserts the following additional theories against the Defendants designated in paragraph __ above:

**Plaintiff incorporates by reference, as it fully stated verbatim herein, *Plaintiffs Master Long-Form Complaint* on file with the Court, including Breach of Contract; Gross Negligence; Fraudulent Concealment and Discovery Rule.**

2. If Plaintiff has additional factual allegations not set forth in *Plaintiffs' Master Long-Form Complaint*, they may be set forth below or in additional pages:

**Please see *Plaintiffs Master Long-Form Complaint* on file with the Court, which incorporated in full by reference.**

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants for economic and non-economic compensatory and punitive and exemplary damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the Court deems equitable and just, and as set forth in *Plaintiffs' Master Long-Form Complaint*.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: November 5,2026.

**NACHAWATI LAW GROUP**

*/s./ Arati Furness*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
5489 Blair Road, Dallas, TX 75231
Phone: (214) 890-0711
Direct: (310) 743-2803
jraggio@ntrial.com
afurness@ntrial.com
**COUNSEL FOR PLAINTIFF**